This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

**v.** No. 35,502

**STEPHANIE VERONICA DELARA,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF LINCOLN COUNTY**
**Daniel A. Bryant, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Jacqueline R. Medina, Assistant Attorney General
Albuquerque, NM

for Appellant

Gary C. Mitchell, P.C.
Gary C. Mitchell
Ruidoso, NM

for Appellee

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

{1} The State has appealed from an order denying a motion for reconsideration. We previously issued a notice of proposed summary disposition, proposing to dismiss. The State has filed a response with this Court indicating that it does not oppose our proposed summary disposition.

{2} Accordingly, for the reasons previously stated, we dismiss.

{3} **IT IS SO ORDERED.**


_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____

**JAMES J. WECHSLER, Judge**


_____

**M. MONICA ZAMORA, Judge**